IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00734 WHA |
| Plaintiff, | |
| v. | **ORDER ON EX PARTE APPLICATION FOR ORDER PERMITTING FILING OF BAIL APPEAL ON OR BEFORE NOVEMBER 11, 2011** |
| WAYLAND GIBSON, | |
| Defendant. | |

The court is in receipt of defendant Wayland Gibson's ex parte application for an order permitting filing of a bail appeal on or before November 11, 2011. Defendant filed the bail appeal on November 10. Thus, the ex parte application for an order permitting the filing of a bail appeal on or before November 11, is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: November 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE