IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00734 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING DOCUMENTS RECEIVED IN RESPONSE TO SUBPOENA ISSUED BY U.S. ATTORNEY'S OFFICE** |
| WAYLAND GIBSON, | |
| Defendant. | |

The Court is in receipt of a mailing from the Office of Citizen Complaints, which enclosed a proposed protective order and a CD containing confidential records of San Francisco police officers in response to the subpoena issued by the U.S. Attorney's Office. No motion for *in camera* review of the received records has been made. If the Office of Citizen Complaints has a basis for requesting that the Court conduct an *in camera* review, it shall make such a request by **NOON ON MARCH 2, 2012.** Otherwise, the CD containing confidential records in response to the subpoena by the U.S. Attorney's Office will be turned over to the U.S. Attorney's Office, who should then conduct its own *in camera* review in order to determine what materials to turn over to defendant Wayland Gibson.

**IT IS SO ORDERED.**

Dated: February 29, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE