IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WAYLAND GIBSON,

Defendant.

No. CR 11-00734 WHA

**ORDER TURNING OVER DOCUMENTS PRODUCED BY OCC IN RESPONSE TO SUBPOENA ISSUED BY U.S. ATTORNEY'S OFFICE**

The Office of Citizen Complaints produced a CD containing confidential records of San Francisco police officers in response to a subpoena issued by the U.S. Attorney's Office. The Court is in receipt of this CD. The OCC does not object to the Court turning over the CD to the U.S. Attorney's Office to conduct its own *in camera* review of the materials produced. The U.S. Attorney's Office must coordinate with the deputy courtroom clerk to pick up the CD, which is currently in the Court's possession. The U.S. Attorney's Office must then conduct its own *in camera* review of the materials and determine what materials to turn over to defendant Wayland Gibson. The U.S. Attorney's Office shall provide the Court with a copy of the documents turned over to defendant.

Use of CD and materials contained therein must comply with the terms of the protective order covering these materials (Dkt No. 61).

**IT IS SO ORDERED.**

Dated: March 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE