COLEMAN & BALOGH LLP
ETHAN A. BALOGH, No. 172224
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Direct: 415.391.0440
Facsimile: 415.373.3901
eab@colemanbalogh.com

Attorneys for Defendant
WAYLAND GIBSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11 Cr. 734 WHA |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RESETTING EVIDENTIARY HEARING |
| WAYLAND GIBSON, | |
| Defendant. | Before the Honorable William Alsup<br>United States District Judge |

1    IT IS HEREBY STIPULATED, by and between the undersigned, subject to the approval
2 of the Court, that the evidentiary hearing currently scheduled for Wednesday, March 21, 2012 at
3 7:30 a.m. shall be rescheduled to Tuesday, March 27, 2012 at 7:30 a.m.
4    IT IS SO STIPULATED.

DATED: March 19, 2012                /s/
                                     ETHAN A. BALOGH
                                     Attorney for Defendant Wayland Gibson

DATED: March 19, 2012                /s/
                                     RANDALL LUSKEY
                                     Assistant United States Attorney

**CERTIFICATION**

By presenting the signatures set forth above, the filing attorney hereby certifies that he has received written authorization to present this stipulation on behalf of both parties.

**[PROPOSED] ORDER**

Based upon the foregoing Stipulation Resetting Evidentiary Hearing, and for good cause shown, it is hereby ORDERED that the evidentiary hearing currently scheduled for Wednesday, March 21, 2012 at 7:30 a.m. shall be rescheduled to Tuesday, March 27, 2012 at 7:30 a.m.

IT IS SO ORDERED.

Dated: March 19, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE