IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WAYLAND GIBSON,

Defendant.

No. CR 11-00734 WHA

**ORDER REGARDING DOCUMENTS RECEIVED FROM SAN FRANCISCO POLICE DEPARTMENT**

On March 23, 2012, the Court received "San Francisco Police Department's index of records produced to defendant Gibson pursuant to Court order." Defense counsel must coordinate with the deputy courtroom clerk to pick up the materials, which are currently in the Court's possession. Use of these materials must comply with the terms of the protective order covering said materials (Dkt. No. 75).

**IT IS SO ORDERED.**

Dated: March 26, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE