IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WAYLAND GIBSON,<br><br>Defendant.<br>                                                                / | No. CR 11-00734 WHA<br><br>**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION, SETTING BRIEFING SCHEDULE, AND CONSOLIDATING HEARING DATES** |

Defense counsel has filed a motion for leave to file a motion for reconsideration "with respect to the Court's determination that the June 26, 2010 search of the lower unit of the O_____ Avenue residence was lawful." The request is based on "a change of law occurring after the time of such order," namely, our court of appeal's decision to hear *United States v. King*, 672 F.3d 1133 (9th Cir. 2012), en banc. Civil Local Rule 7-9(b)(2).

The motion for reconsideration as to this issue is **GRANTED**. In the briefing on the motion for reconsideration, counsel shall address how the pendency of an en banc opinion in *King* will impact this case. The motion for reconsideration shall be filed by **JUNE 18, 2012.** The opposition is due **JULY 2**. The reply is due **JULY 9**. The motion will be heard at **2 P.M. ON JULY 17**. The motions for acquittal and new trial will also be heard at **2 P.M. ON JULY 17**.

**IT IS SO ORDERED.**

Dated: June 1, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE